**United States District Court**
**Violation Notice**

CVB Location Code: A/07

Violation Number: 7350969
Officer Name (Print): TANDBERG
Officer No.: 716

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 7/15/19 0145
Offense Charged: ☒ CFR  ☐ USC  ☐ State Code
36 CFR 2.35(c)

Place of Offense: Trailer Village Unit 143

Offense Description: Factual Basis for Charge:
Under the influence of Alcohol

**DEFENDANT INFORMATION**

Last Name: Anderson
First Name: Mitch Micah
M.I.: P

City: Grand Rapids
State: MI
Zip Code: 49507
Date of Birth: /  /1994

Drivers License No.: —
Social Security No.: -2649

☒ Adult ☐ Juvenile   Sex: ☒ Male ☐ Female
Hair: BRO   Eyes: BRO   Height: 6'1"   Weight: —

**VEHICLE** VIN: —   CMV
Tag No.: —   State: —   Year: —   Make/Model: —   PASS ☐   Color: —

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 100.00  Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ 130  Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: Jennifer VanDrasgt  928-556-5011

Date: —
Time: —

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature:

Handwritten annotation in margin: 19-04190MJ-001-PCT-CDB

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 15th, 2019 while exercising my duties as a law enforcement officer in the       District of Arizona
On July 15th 2019, I, Officer Andrew Tandberg was on uniformed patrol within the boundaries of the Grand Canyon National Park with Officer Paul Riese. At approximately 0058 hours we received a call from dispatch that an individual in trailer village (V Street Unit 193 Room 1) appeared to be extremely intoxicated and had jumped through a screen window. Upon arrival I observed a male (later identified as Benally, Donny) standing outside with DNC security. I identified myself and asked what happened. Benally stated his roommate MICAH ANDERSON had come home drunk and jumped through a screen window. Benally stated he was afraid to go back into his dorm while ANDERSON was in there. I observed the screen window as being damaged torn. I asked Benally if we could enter his residence to speak with ANDERSON. Benally agreed and told us that ANDERSON was in the bathroom taking a shower. I knocked loudly on the door and identified myself as the Police. When no one answered Officer Riese, Officer O'lear, and I entered the housing unit. I knocked on the bathroom door and identified myself as the Police. When no one answered I opened the bathroom door and did not see anyone inside. After checking behind the shower curtain I observed a hole in the bathroom sink, and through this hole observed a naked male I identified as Micah ANDERSON. I directed ANDERSON out from the enclosed space under the bathroom sink and told him to put cloths on. ANDERSON was very slow to move and obey commands. ANDERSON's speech was heavily slurred and he had difficulty keeping his balance. He was repeatedly told to put his shirt on and remained very slow to follow commands. ANDERSON lost his balance multiple times before we got him outside for questioning. I was able to smell the odor of alcohol emitting from ANDERSON even after it appeared he had taken a shower. ANDERSON admitted that he had 2 drinks after work. ANDERSON submitted to a preliminary breath test on my Lifeloc FC10+ and it displayed a reading of 0.289 BrAC and confirmed the presence of alcohol in his person.
I placed ANDERSON under arrest for being under the influence of alcohol and a danger to himself, others, and property, per 36 CFR 2.35(c).
A107            NP19102756            Citation #: 7350969
Audio and video recording available

The foregoing statement is based upon:
☒ my personal observation    ☐ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/15/2019
Date (mm/dd/yyyy)        Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: 7/15/2019
Date (mm/dd/yyyy)        U.S. Magistrate Judge

# United States District Court
## Violation Notice

CVB Location Code: A1Ø6

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6406762 | Z. STOENKEL | 2669 |

Violation Number: 6406762

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 06/13/2019 Ø149
Offense Charged: ☒ CFR  ☐ USC  ☐ State Code
36 CFR 2.35(c)

Place of Offense: TRAILER VILLAGE

Offense Description: Factual Basis for Charge — HAZMAT ☐
UNDER THE INFLUENCE OF ALCOHOL

### DEFENDANT INFORMATION
Phone:

Last Name: ANDERSON
First Name: MICAH
M.I.: P

Street Address:

City: GRAND RAPIDS
State: MI
Zip Code: 49507
Date of Birth (mm/dd/yyyy): 1994

Drivers License No.: CDL ☐  D.L. State: MI
Social Security No.: 2649

☒ Adult ☐ Juvenile   Sex: ☒ Male ☐ Female
Hair: BRO   Eyes: BRO   Height: 6'1   Weight: 4Ø

### VEHICLE
VIN:
Tag No. | State | Year | Make/Model | PASS ☐ | Color
CMV ☐

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
Date (mm/dd/yyyy): TBD
Time (hh:mm): TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 09/2015)  Original - CVB Copy

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on __06/13__, 20 _19_ while exercising my duties as a law enforcement officer in the __GLCA__ District of __ARIZONA__

SEE ATTACHED

The foregoing statement is based upon:

- [X] my personal observation
- [X] my personal investigation
- [ ] information supplied to me from my fellow officer's observation
- [ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: __06/13/2019__
Date (mm/dd/yyyy)     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: __7/15/2019__
Date (mm/dd/yyyy)     U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle; **CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident

# United States District Court
## Violation Notice

CVB Location Code: A106

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6406763 | Z. STUENKEL | 2669 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 06/13/2019 0145 | 36CFR2.34(a)(1) |

**Place of Offense:** TRAILER VILLAGE

**Offense Description: Factual Basis for Charge** — HAZMAT ☐

DISORDERLY CONDUCT FIGHTING, THREATENING

## DEFENDANT INFORMATION

Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| ANDERSON | MICAH | P |

Street Address:

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| GRAND RAPIDS | MI | 49507 | __/__/1994 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| | | MI | 2649 |

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female   Hair: BRO   Eyes: BRO   Height: 6'1   Weight: 140

### VEHICLE   VIN:   CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT →** $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | TBD |
| | Time (hh:mm) TBD |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 09/2015)   Original - CVB Copy

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on  06/13 , 20 19  while exercising my duties as a law enforcement officer in the  GILA  District of ARIZONA

SEE ATTACHED

The foregoing statement is based upon:

- [x] my personal observation
- [x] my personal investigation
- [ ] information supplied to me from my fellow officer's observation
- [ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/13/2019
Date (mm/dd/yyyy)        Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on: 7/15/2019
Date (mm/dd/yyyy)        U.S Magistrate Judge

**HAZMAT** = Hazardous material involved in incident;  **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license;  **CMV** = Commercial vehicle involved in incident

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 06/13, 2019 while exercising my duties as a law enforcement officer in the Glen Canyon NRA District of Arizona
At approximately 01:15AM, Park Dispatch advised that there was an intoxicated shirtless male wearing blue jeans in the lawn area of Trailer Village. Furthermore, the intoxicated male was threatening others and swinging a bottle of Champaign around. Ranger Brazell and I arrived at Trailer Village and were met by an individual who identified himself as Geoff Aldrich. Aldrich stated in substance the shirtless male was named Micah (ANDERSON) and that he was heavily intoxicated, threatening to fight and kill other Aramark employees in the area and that he had inappropriately touched a female Aramark employee. Aldrich stated that ANDERSON threatened to "Smash this [bottle] over your head and kill you".

I observed a shirtless male matching the above description. The male appeared to be sawing back and forth as he stood speaking with another Aramark employee. I identified myself as a police officer and instructed the male to drop the bottle of Champaign and place his hands behind his back. The male refused and lifted the bottle, as to take a drink from it. The bottle was empty. Subsequent to the report of his threatening and violent behavior, and his reluctance to follow my commands, I detained him, removing the bottle from his hands and handcuffing both of his hands behind his back. The male was identified as Micah ANDERSON by his Michigan driver's license. As I escorted ANDERSON to my patrol vehicle and away from the other employees, I observed ANDERSON to have bloodshot glassy eyes and the odor of an alcoholic beverage emanating from his breath and person. ANDERSON's speech was slurred to the point it was difficult for me to understand what he was saying. Several times while escorting ANDERSON to my vehicle he tensed his arms, attempting to pull away from mine and Brazells hold and gave me the 1000 yard stare. I instructed ANDERSON to stop tensing his arms, he responded by stating "I'm trying to, because everything's going wrong".

I advised ANDERSON of his Miranda rights and he agreed to speak with me, stating "yes, I really do". ANDERSON denied having threatened, hit or made any unwanted advances on anyone. ANDERSON submit to a Preliminary Breath Test, registering a .371 BrAC. At approximately 01:45AM, second to the report of ANDERSON being intoxicated, engaging in a physically threatening manor towards other Aramark employees, making threatening statements about killing other Aramark employees, my observations of ANDERSON's bloodshot glassy eyes, the odor of an alcoholic beverage emanating from his breath and person, his lack of dexterity, inability to follow directions, admission of consuming alcohol and the PBT registering a .371% BrAC, I notified both ANDERSON and Park Dispatch that he was under arrest for being under the influence of alcohol to a degree that he endangered himself or others and disorderly conduct, fighting/threatening behavior.

I re approached the group of Aramark employees and a female, identified by word of mouth as Kristin Ovanezova, stated in substance that ANDERSON had approached her and began grabbing her thigh. After telling him to stop and walking away, ANDERSON approached her again and grabbed her waist. Again Ovanezova walked away, but ANDERSON came again and was only stopped when other Aramark employees approached him and asked him to leave her alone. Ovanezova stated that ANDERSON continued to be belligerent and threatened the employees with the Champaign bottle, sticking one employee (later identified as Matthew Nyhus) on the arm. Ovanezova provided a written statement.

An interview with Nyhus confirmed that he had observed ANDERSON drinking heavily, verbally threatening other employees and that he had been struck in the arm by ANDERSON. I observed no abrasion or contusion on Nyhus's arm. Nyhus provided a written statement.

Both Nyhus and Ovanezova denied interest in pressing assault charges against ANDERSON.

The following charges are pending for ANDERSON:
36CFR2.35(c)-Under the influence of alcohol to a degree that he endangered himself or others (violation #6406762)
36CFR2.34(a)(1)-Disorderly conduct, fighting/threatening behavior (Violation #6406763)

Location Code: A106    NP19071979 / 19-1981

GLEN CAN⋯

JUN

RELEASED TO.
BY GLEN CANYO    ABM

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/13/2019 _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: 7/15/2019 _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

GLEN CANYON NRA
COPY

RELEASED    USA'S OFFICE
BY GLEN CANYON DISPATCH